## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Meenu Sharma, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Human Resources (HR) Health & Human Services-ND, | ) ) | Case No. 1:25-cv-184 |
| | ) | |
| Defendant. | ) | |

Plaintiff, a resident of Charlotte, North Carolina, initiated this action *pro se* and *in forma pauperis* on August 5, 2025. (Doc. Nos. 1 and 4). On September 4, 2025, she filed a motion requesting that the court conduct all future hearings in this case virtually.

The court appreciates that Plaintiff resides in another district and would have to travel a great distance for any in person hearings. However, the court is not inclined prospectively to require all hearings in this case to be held virtually. There are presently no hearings scheduled. Going forward, the court *may* permit Plaintiff to appear virtually for some hearings. Others, the trial, for example, will require Plaintiff to appear in person.

Plaintiff's motion (Doc. No. 8) requesting that all hearings be held virtually is **DENIED**. As hearings are scheduled, the court shall advise whether the parties may appear virtually or whether their physical presence is required.

**IT IS SO ORDERED.**

Dated this 9th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court