# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Meenu Sharma, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Human Resources (HR) Health & Human Services-ND, | ) | Case No. 1:25-cv-184 |
| | ) | |
| Defendant. | ) | |

Plaintiff initiated the above-captioned action *pro se* and *in forma pauperis* on August 5, 2025. (Doc. Nos. 1, 3, and 4). On August 19, 2025, she filed a notice of her consent to the exercise of the jurisdiction by the undersigned. (Doc. No. 5). On December 8, 2025, she filed a notice of voluntary dismissal. (Doc. No. 10). Accordingly, the above-captioned action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court